UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR MANUEL PEREZ PEREZ,<br><br>       Plaintiff,<br><br>  -against-<br><br>NEW YORK STATE DMV DRIVING IMPROVEMENT UNIT,<br><br>       Defendant. | 1:25-CV-4606 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff Victor Manuel Perez Perez, who is appearing *pro se*, brings the present action asserting claims of federal constitutional violations against Defendant "New York State DMV Driving Improvement Unit." For the reasons discussed below, the Court dismisses this action without prejudice.

  Plaintiff previously filed a substantially similar action against the defendant named in this action, asserting similar, if not, the same claims; that other action is pending before the undersigned. *See Perez Perez v. New York State DMV Driving Improvement Unit*, 1:25-CV-4370 (LTS). As the present action asserts similar, if not, the same claims as in *Perez Perez*, 1:25-CV-4370 (LTS), no useful purpose would be served by litigating the present action. The Court therefore dismisses the present action without prejudice as duplicative of *Perez Perez*, 1:25-CV-4370 (LTS).

## CONCLUSION

  The Court dismisses the present action without prejudice as duplicative of *Perez Perez v. New York State DMV Driving Improvement Unit*, 1:25-CV-4370 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:  June 3, 2025
        New York, New York

                                            /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                     Chief United States District Judge