UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR MANUEL PEREZ PEREZ,<br><br>                                  Plaintiff,<br><br>           -against-<br><br>NEW YORK STATE DMV DRIVING IMPROVEMENT UNIT,<br><br>                                  Defendant. | 25 CIVIL 4606 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the June 3, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:     June 4, 2025
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                            Chief United States District Judge